# United States Bankruptcy Court
## Eastern District of Tennessee
## Northern Division

In re:

BARRY DAVID STEHLIN,

Bankruptcy Case No. 3:23-bk-31223 SHB

Debtors.

Chapter 13

TENNESSEE DEPARTMENT OF
LABOR – U.I. RECOVERY UNIT

Plaintiffs.

Adversary Proceeding No. 3:23-ap-03028 SHB

vs.

BARRY DAVID STEHLIN,

Defendant.

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: |
| --- |
| William T. Magill, Bankruptcy Court Clerk |
| Howard H. Baker Jr US Courthouse |
| 800 Market Street, Ste 330 |
| Knoxville, Tennessee 37902 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| William F. McCormick, Senior Counsel |
| Office of the Tennessee Attorney General, Bankruptcy Division |
| P.O. Box 20207 |
| Nashville, Tennessee 37202-0207 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

William T. Magill
*Clerk of the Bankruptcy Court*

February 7, 2024
Date

By: *Cindy Weaver*
Deputy Clerk

**CERTIFICATE OF SERVICE**

I, William F. McCormick, certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 7, 2024 by:

X   Mail Service: regular, first class United States mail, postage fully pre-paid addressed to:

| | |
|---|---|
| Barry David Stehlin | William E. Maddox Jr. |
| 225 Sunset Dr. | William E. Maddox, Jr., LLC |
| Sweetwater, TN 37874 | P.O. Box 31287 |
| | Knoxville, TN 37930 |

Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

| February 7, 2024 | /s/ William F. McCormick |
|---|---|
| Date | Signature |

| | |
|---|---|
| Print Name | William F. McCormick |
| Business Address | Office of the Tennessee Attorney General<br>Bankruptcy Division<br>P.O. Box 20207 |
| City: Nashville | State: Tennessee   Zip: 37202-0207 |